

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-6-2015

# James Dennis v. Secretary PA Department of Cor

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"James Dennis v. Secretary PA Department of Cor" (2015). *2015 Decisions.* Paper 456.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/456

This May is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
―――――

No. 13-9003
―――――

JAMES A. DENNIS

v.

SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE;
SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW;
DISTRICT ATTORNEY OF PHILADELPHIA COUNTY,

                                                        Appellants
―――――

On Appeal from United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-11-cv-01660)
District Judge:  Honorable Anita B. Brody
―――――

PRESENT:   McKEE, Chief Judge, RENDELL, AMBRO, FUENTES, SMITH,
           FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, Jr.,
           VANASKIE, SHWARTZ, and KRAUSE Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court  shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and  judgment entered February 9, 2015 are hereby vacated.


                         By the Court,

                          s/ Theodore A. McKee
                         Chief Circuit Judge

Date: May 6, 2015

NMR/cc:     Stuart B. Lev, Esq.

              Amy L. Rohe, Esq.

              Thomas W. Dolgenos, Esq.

              Ryan Dunlavey, Esq.

              Catherine M.A. Carroll, Esq.